```
1  FRANK P. SARRO (SBN 129780)
   225 Bush Street, 16th Floor
2  San Francisco, California 94104
   Telephone (415) 439-8877
3
   Attorney for Plaintiff
4  LAVELL SPENCE

5  JOHN F. BAUM (SBN 148366)
   AMY A. DURGAN (SBN 245325)
6  HIRSCHFELD KRAEMER LLP
   727 Sansome Street
7  San Francisco, CA 94111
   Telephone (415) 835-9000
8
   Attorneys for Defendant
9  STARWOOD HOTELS & RESORTS
   WORLDWIDE, INC. (erroneously sued
10 herein as St. Regis Hotel San Francisco)
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL SPENCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ST. REGIS HOTEL SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. C-12-3538-YGR<br><br>STIPULATION AND [PROPOSED]<br>ORDER DISMISSING CASE |

　　　The parties, through their respective counsel, hereby stipulate and agree that (1) the above case shall be voluntarily dismissed with prejudice and (2) there is no prevailing party and each party shall bear its own costs and attorneys fees.

Dated: February 15, 2013　　　　　　　　　　　　FRANK P. SARRO


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Frank P. Sarro
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

Stip & Order Dismissing Case

Dated: February 15, 2013

HIRSCHFELD KRAEMER LLP

By /s/ John F. Baum
JOHN F. BAUM
Attorneys for Defendant

IT IS SO ORDERED.
This Order terminates Dkt. No. 27.

Dated: February 19, 2013

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE