1 | FRANK P. SARRO (SBN 129780)
225 Bush Street, 16th Floor
2 | San Francisco, California 94104
Telephone (415) 439-8877
3

Attorney for Plaintiff
4 | LAVELL SPENCE

5 | JOHN F. BAUM (SBN 148366)
AMY A. DURGAN (SBN 245325)
6 | HIRSCHFELD KRAEMER LLP
727 Sansome Street
7 | San Francisco, CA 94111
Telephone (415) 835-9000
8

Attorneys for Defendant
9 | STARWOOD HOTELS & RESORTS
WORLDWIDE, INC. (erroneously sued
10 | herein as St. Regis Hotel San Francisco)

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14

15 | LAVELL SPENCE,                                  )  Case No. C-12-3538-YGR
                                                    )
16 |                    Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                                    )  ORDER DISMISSING CASE
17 |    v.                                           )
                                                    )
18 | ST. REGIS HOTEL SAN FRANCISCO,                  )
                                                    )
19 |                    Defendant.                   )
                                                    )
20 | _____)

21 |        The parties, through their respective counsel, hereby stipulate and agree that (1) the above

22 | case shall be voluntarily dismissed with prejudice and (2) there is no prevailing party and each

23 | party shall bear its own costs and attorneys fees.

24 | Dated: February 15, 2013                        FRANK P. SARRO

25

26 |                                                 /s/ Frank P. Sarro
                                                    Attorney for Plaintiff
27

28

Stip & Order Dismissing Case

1

2
Dated: February 15, 2013                     HIRSCHFELD KRAEMER LLP

3
                                             By  /s/ John F. Baum
4                                                  JOHN F. BAUM
                                             Attorneys for Defendant
5

          IT IS SO ORDERED.
6         This Order terminates Dkt. No. 27.

7                  February 19
   Dated: _____, 2013
8                                            HON. YVONNE GONZALEZ ROGERS
                                             UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Stip & Order Dismissing Case              - 2 -